Dewey Ray LAVENDER, and Steven Warren, Plaintiffs Below, Appellants,

v.

Scott KOENIG, individually and in his official capacity as City Manager, Kim Hawkins, individually and in her official capacity as Director of Human Resources, City of Dover Council, and the City of Dover, Defendants Below, Appellees.

No. 101, 2017

Supreme Court of Delaware.

Submitted: September 20, 2017

Decided: September 28, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. K13C–08–024

AFFIRMED.

Richard ROUNDTREE,[1] Petitioner Below, Appellant,

v.

Sharon DANIELSON, Respondent Below, Appellee.

No. 18, 2017

Supreme Court of Delaware.

Submitted: September 20, 2017

Decided: September 28, 2017

Court Below—Family Court of the State of Delaware in and for New Castle County,

1. The Court assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).

File No. CN14–06176, Petition No. 15–06178

AFFIRMED.

Theresa Baines SMITH, and DePaul Smith, Plaintiffs Below, Appellants,

v.

STATE of Delaware, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH AND THEIR FAMILIES, DELAWARE DIVISION OF FAMILY SERVICES, Jennifer Ranji, Vicky Kelly, Defendants Below, Appellees.

No. 68, 2017

Supreme Court of Delaware.

Submitted: September 20, 2017

Decided: September 28, 2017

Court Below: Superior Court of the State of Delaware, C.A No. K15C–11–018

AFFIRMED.